IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

      Petitioner,                    No. CIV S-11-2149 JAM DAD P

      vs.

WARDEN LEWIS,

      Respondent.                  ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On November 17, 2011, respondent filed a motion to dismiss. Petitioner had not filed an opposition to that motion. Accordingly, on January 5, 2012, the court issued an order to show cause and ordered petitioner to file and serve an opposition to respondent's motion within twenty-one days. In response to the court's order, petitioner filed an opposition to respondent's motion to dismiss. Good cause appearing, the court will discharge its order to show cause, deem petitioner's opposition timely, and grant respondent fourteen days to file a reply, if any, in support of the pending motion to dismiss.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The court's January 5, 2012 order to show cause is discharged;

2. Petitioner's opposition to respondent's motion to dismiss is deemed timely; and

3. Within fourteen days of the date of service of this order, respondent shall file a reply, if any, in support of the pending motion to dismiss.

DATED: February 1, 2012.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sald2149.dch