1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL SALDANA,

11             Petitioner,               No. CIV S-11-2149 JAM DAD P

12        vs.

13   WARDEN LEWIS,

14             Respondent.               ORDER

15   _____/

16             Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.

18             On November 17, 2011, respondent filed a motion to dismiss.  Petitioner had not

19   filed an opposition to that motion.  Accordingly, on January 5, 2012, the court issued an order to

20   show cause and ordered petitioner to file and serve an opposition to respondent's motion within

21   twenty-one days.  In response to the court's order, petitioner filed an opposition to respondent's

22   motion to dismiss.  Good cause appearing, the court will discharge its order to show cause, deem

23   petitioner's opposition timely, and grant respondent fourteen days to file a reply, if any, in

24   support of the pending motion to dismiss.

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that:

2       1.  The court's January 5, 2012 order to show cause is discharged;

3       2.  Petitioner's opposition to respondent's motion to dismiss is deemed timely;

4  and

5       3.  Within fourteen days of the date of service of this order, respondent shall file a

6  reply, if any, in support of the pending motion to dismiss.

7  DATED: February 1, 2012.

8

9                                                _____

                                                 DALE A. DROZD
10  DAD:9                                        UNITED STATES MAGISTRATE JUDGE
    sald2149.dch

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26