IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

      Petitioner,                     No. CIV S-11-2149 JAM DAD P

      vs.

WARDEN LEWIS,

      Respondent.                    <u>ORDER</u>

_____/

      Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. No. 21) is denied.

DATED: March 5, 2012.

DAD:mp
sald2149.110

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE