IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL SALDANA,

       Petitioner,                         No. 2:11-cv-2149 JAM DAD P

    vs.

WARDEN LEWIS,

       Respondent.                   <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2012, the assigned district judge granted respondent's motion to dismiss and entered judgment in this case. Shortly thereafter, petitioner filed a notice of appeal. Accordingly, the court began processing his appeal. Now pending before the court is petitioner's motion for an extension of time to request a certificate of appealability along with a motion for appointment of counsel on appeal.

        As to petitioner's request for an extension of time to request a certificate of appealability, petitioner is advised that the assigned district judge issued a certificate of appealibility when the final order in this action was entered. The United States Court of Appeals for the Ninth Circuit will set a schedule governing the appeal in due course. Accordingly, the court will deny petitioner's motion for an extension of time as unnecessary.

1

As to petitioner's motion for appointment of counsel, the court will deny this motion without prejudice to its refiling by petitioner before the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time to request a certificate of appealability (Doc. No. 29) is denied as unnecessary; and

2. Petitioner's motion for appointment of counsel on appeal (Doc. No. 28) is denied without prejudice to refiling it before the Ninth Circuit Court of Appeals.

DATED: July 31, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sald2149.appeal